No. 78. COMMERCE CO., DOING BUSINESS AS LAMAR HOTEL *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Charles R. Vickery, Jr.,* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 79. AMERICAN AIRLINES, INC. *v.* MANNING ET AL. C. A. 2d Cir. Certiorari denied. *Arthur M. Wisehart* for petitioner. *Asher W. Schwartz* for respondents.

No. 80. SMITH *v.* UNITED STATES. Court of Claims. Certiorari denied. *John P. Witsil* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal* and *J. F. Bishop* for the United States.

No. 84. KEMPER *v.* DAYTON BAR ASSOCIATION. Supreme Court of Ohio. Certiorari denied. *Sidney G. Kusworm, Sr.,* for petitioner. *P. Eugene Smith* for respondent.

No. 87. CALIFORNIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *R. B. Pegram* for petitioner. *Solicitor General Cox, Roger P. Marquis* and *Hugh Nugent* for the United States.

No. 92. ALBINA ENGINE & MACHINE WORKS ET AL. *v.* O'LEARY, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COMPENSATION, DEPARTMENT OF LABOR, ET AL. C. A. 9th Cir. Certiorari denied. *Floyd A. Fredrickson* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for respondent O'Leary.